1  BENJAMIN J. HORWICH (State Bar No. 249090)
   ben.horwich@mto.com
2  JOHN F. MULLER (State Bar No. 300839)
   john.muller@mto.com
3  DAVID J. FEDER (State Bar No. 302112)
   david.feder@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
5  Twenty-Seventh Floor
   San Francisco, California 94105
6  Telephone:     (415) 512-4000
   Facsimile:     (415) 512-4077
7  Attorneys for Plaintiff BNSF Railway Company

8  RAYMOND A. ATKINS (admitted *pro hac vice*)
   ratkins@sidley.com
9  REBECCA K. WOOD (admitted *pro hac vice*)
   rwood@sidley.com
10 HANNA M. CHOUEST (admitted *pro hac vice*)
   hchouest@sidley.com
11 TOBIAS S. LOSS-EATON (admitted *pro hac vice*)
   tlosseaton@sidley.com
12 SIDLEY AUSTIN LLP
   1501 K Street, NW
13 Washington, D.C.  20005
   Telephone:     (202) 736-8000
14 Facsimile:     (202) 736-8711
   Attorneys for Plaintiff Union Pacific Railroad Company
15
   (additional counsel listed on signature page)
16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19 | BNSF RAILWAY COMPANY and UNION PACIFIC RAILROAD COMPANY, | Case No. 3:16-cv-04311-RS |
|---|---|
| Plaintiffs, | [~~PROPOSED~~] ORDER REGARDING BRIEFING AND HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, AND RELATED MATTERS |
| vs. | |
| CALIFORNIA STATE BOARD OF EQUALIZATION, et al., | Judge:  Hon. Richard Seeborg |
| Defendants. | Place:  Courtroom 3, 450 Golden Gate Ave., San Francisco, California |

Case No. 3:16-cv-04311-RS
[PROPOSED] ORDER RE: MOTION FOR PRELIMINARY INJUNCTION

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, good cause having been shown, IT IS HEREBY ORDERED that:

1. The following briefing and hearing schedule shall apply to Plaintiffs' Motion for a Preliminary Injunction:

| | |
|---|---|
| Deadline for Defendants' Opposition: | September 13, 2016 |
| Deadline for Plaintiffs' Reply: | September 20, 2016 |
| Hearing on motion for preliminary injunction: | October 13, 2016 at 1:30 pm |

2. No notice the Board of Equalization may send pursuant to Cal. Code Regs. tit. 19, § 2704(a), *see also* Cal. Gov't Code § 8574.32(b)(1), shall direct railroads operating in California to collect the SB 84 charge earlier than November 13, 2016.

3. Defendants' obligation to answer or otherwise respond to the Complaint is stayed until 40 days after the Court's decision on Plaintiffs' Motion for a Preliminary Injunction.

4. All discovery-related obligations and disclosures under Fed. R. Civ. P. 26 are stayed until further order of this Court.

DATED: 8/18/16

By: _____
Hon. Richard Seeborg
UNITED STATES DISTRICT JUDGE