BENJAMIN J. HORWICH (State Bar No. 249090)
JOHN F. MULLER (State Bar No. 300839)
DAVID J. FEDER (State Bar No. 302112)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077
ben.horwich@mto.com
Attorneys for Plaintiff BNSF Railway Company

RAYMOND A. ATKINS (*pro hac vice*)
REBECCA K. WOOD (*pro hac vice*)
HANNA M. CHOUEST (*pro hac vice*)
TOBIAS S. LOSS-EATON (*pro hac vice*)
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, D.C.  20005
Telephone:     (202) 736-8000
Facsimile:     (202) 736-8711
ratkins@sidley.com
Attorneys for Plaintiff Union Pacific Railroad Company

(additional counsel listed on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BNSF RAILWAY COMPANY and UNION PACIFIC RAILROAD COMPANY,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CALIFORNIA STATE BOARD OF EQUALIZATION, et al.,<br><br>    Defendants. | Case No. 3:16-cv-04311-RS<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING STAY OF PROCEEDINGS**<br><br>Judge:   Hon. Richard Seeborg<br>Place:   Courtroom 3, 450 Golden Gate Ave., San Francisco, California |

Plaintiffs BNSF Railway Company and Union Pacific Railroad Company (collectively, "Plaintiffs") and Defendants California State Board of Equalization, David J. Gau, George Runner, Fiona Ma, Jerome Horton, Diane L. Harkey, Betty Y. Yee, Kamala D. Harris, California Governor's Office of Emergency Services, and Mark Ghilarducci (collectively, "Defendants"), by and through their counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed a Complaint and a Motion for Preliminary Injunction to restrain the collection and enforcement of a charge imposed on the transportation by rail in California of certain hazardous materials, under a California law known as Senate Bill 84 (the "SB 84 charge"), on the ground that the charge is preempted by certain federal statutory and constitutional provisions;

WHEREAS, on August 18, 2016, pursuant to the stipulation of the parties, the Court stayed Defendants' obligation to answer or otherwise respond to the Complaint until 40 days after the Court's decision on Plaintiffs' Motion for a Preliminary Injunction, and stayed all discovery-related obligations and disclosures under Fed. R. Civ. P. 26 until further order of the Court;

WHEREAS, by orders filed October 28, 2016 and November 15, 2016, this Court preliminarily enjoined the collection and enforcement of the SB 84 charge;

WHEREAS, on November 18, 2016, Defendants filed a Notice of Appeal with respect to the Court's October 28, 2016 and November 15, 2016 Orders;

WHEREAS, Defendants' appeal has been docketed in the United States Court of Appeals for the Ninth Circuit as No. 16-17130;

WHEREAS, under this Court's order, Defendants are due to respond to the Complaint on December 7, 2016;

WHEREAS, this Court has scheduled a case management conference for January 19, 2017;

WHEREAS, the parties believe that judicial and party resources would best be conserved by a complete stay of proceedings in this Court during the pendency of Defendants' appeal;

WHEREAS, Defendants have agreed, in the event that the Preliminary Injunction is stayed, vacated, reversed or otherwise dissolved, that they will at that time seek to collect

prospectively only—and will not seek to collect retroactively, or otherwise impose liability on Plaintiffs or Plaintiffs' customers for—any SB 84 charge that is or could have been imposed.

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties that:

1. All proceedings, including Defendants' obligation to respond to the Complaint, all discovery, and all disclosures under Fed. R. Civ. P. 26, should be stayed until final resolution of Defendants' appeal.

2. The case management conference currently scheduled for January 19, 2017 should be vacated.

3. In the event that the Preliminary Injunction is stayed, vacated, reversed or otherwise dissolved, Defendants will at that time seek to collect prospectively only—and will not seek to collect retroactively, or otherwise impose liability on Plaintiffs or Plaintiffs' customers for—any SB 84 charge that is or could have been imposed.

4. The parties will contact the Court within 7 days of the issuance of the Ninth Circuit's mandate in Defendant's appeal to schedule a case management conference.

DATED:  December 2, 2016

MUNGER, TOLLES & OLSON LLP
BENJAMIN J. HORWICH
JOHN F. MULLER
DAVID J. FEDER

By: _____/s/ Benjamin J. Horwich_____
BENJAMIN J. HORWICH[*]

Attorneys for Plaintiff BNSF Railway Company

---

[*] I attest that the concurrence in the filing of this document has been obtained from the other signatories.

SIDLEY AUSTIN LLP
  RAYMOND A. ATKINS (*pro hac vice*)
  REBECCA K. WOOD (*pro hac vice*)
  HANNA M. CHOUEST (*pro hac vice*)
  TOBIAS S. LOSS-EATON (*pro hac vice*)

CAROL LYNN THOMPSON (State Bar No. 148079)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 772-1291; Facsimile: (415) 772-7400
cthompson@sidley.com

MELISSA B. HAGAN (State Bar No. 297408)
Senior Counsel - Environmental Law &
  National Environmental Counsel
UNION PACIFIC RAILROAD COMPANY
13181 Crossroads Parkway North, Suite 500
City of Industry, California 91746
Telephone: (562) 566-4609; Facsimile: (402) 501-2401
mbhagan@up.com

By:   /s/ *Rebecca K. Wood*
        REBECCA K. WOOD

Attorneys for Plaintiff Union Pacific Railroad Company

KAMALA D. HARRIS
Attorney General of California
RANDY L. BARROW
Supervising Deputy Attorney General
LINDA GÁNDARA (State Bar No. 194667)
Deputy Attorney General

By:   /s/ *Nicholas Stern*
        NICHOLAS STERN (State Bar No. 148308)
        Deputy Attorney General

Attorneys for Defendants California Board of Equalization, David J. Gau, George Runner, Fiona Ma, Jerome Horton, Diane L. Harkey, Betty T. Yee, Kamala D. Harris, California Governor's Office of Emergency Services, and Mark Ghilarducci

1 | Pursuant to stipulation, and good cause appearing, IT IS SO ORDERED.

2

3 | DATED: December  5 , 2016

4

5

6 | By: /s/ Richard Seeborg
Hon. Richard Seeborg

7 | UNITED STATES DISTRICT JUDGE

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28